

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 4:10 pm, Sep 02, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| EDGAR CARL DARLING, III, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-128 |
| v. | * | |
| WARDEN, FCI JESUP, | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 14.  Petitioner Edgar Darling ("Darling") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **GRANTS** Respondent's Motion to Dismiss, **DENIES** Darling's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

AO 72A
(Rev. 8/82)

Darling *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_2\_\_\_ day of September, 2020.

                                                                HON. LISA GODBEY WOOD, JUDGE
                                                                UNITED STATES DISTRICT COURT
                                                                SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)